NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PEACH STATE LABS, INC.,**
*Appellant*

---

2014-1325

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/011,628.

---

## JUDGMENT

---

JENNIFER L. BLACKBURN, Kilpatrick Townsend and Stockton LLP, Atlanta, GA, argued for appellant. Also represented by MITCHELL G. STOCKWELL, DAVID CLAY HOLLOWAY.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by NATHAN K. KELLEY, SYDNEY O. JOHNSON, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 5, 2015          /s/ Daniel E. O'Toole
Date              Daniel E. O'Toole
                         Clerk of Court